IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALJAWON DAWYANE MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-339-KFP |
| | ) | (WO) |
| | ) | |
| MR. MCDONALD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date by the undersigned, it is the ORDER and DECREE of the Court that Judgment is entered in favor of Defendants and against Plaintiff and this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done this 20th day of January, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE